

# NUMBER 13-17-00035-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**SERGIO REYES,**                                                           **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

### On appeal from the 331st District Court
### of Travis County, Texas.

# ORDER TO FILE BRIEF

### Before Chief Justice Valdez and Justices Longoria and Hinojosa
### Order Per Curiam

This cause is before the Court on the State's fourth motion for extension of time to

file the brief in this matter.[1]   The State's brief in this matter was originally due on August

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2017 1st C.S.).

27, 2018. The State has previously requested and received three extensions of time to file the brief.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that the State's motion for extension of time should be granted with order.

Accordingly, we GRANT the State's fourth motion for extension of time and ORDER the State to file the brief on or before December 27, 2018. No further extensions will be granted in this matter absent exigent circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of December, 2018.